THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD WILLIAMS, Appellant.

Submitted July 13, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

RAYMOND PINK et al., Respondents, v MATTHEW RICCI, Defendant, and ROME YOUTH HOCKEY ASSOCIATION, INC., Appellant, et al., Defendants.

Submitted July 6, 2015; decided August 27, 2015

Motion by Pacific Legal Foundation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

RAYMOND PINK et al., Respondents, v MATTHEW RICCI, Defendant, and ROME YOUTH HOCKEY ASSOCIATION, INC., Appellant, et al., Defendants.

Submitted July 13, 2015; decided August 27, 2015

Motion by New York State Academy of Trial Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

In the Matter of SONARA HH., a Child Alleged to be Permanently Neglected. SCHOHARIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT HH., Respondent. ATTORNEY FOR THE CHILD, Appellant.

Submitted June 15, 2015; decided August 27, 2015

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SONARA HH., a Child Alleged to be Permanently Neglected. SCHOHARIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; ROBERT HH., Respondent.

Submitted June 29, 2015; decided August 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

WELLS FARGO BANK, N.A., as Trustee for ABFC 2006-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT3, Respondent, v ROTIMI EROBOBO, Appellant, et al., Defendants.

Submitted June 15, 2015; decided August 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

WSC RIVERSIDE DRIVE OWNERS LLC, Appellant, v OLIVER WILLIAMS, Respondent.

Submitted June 15, 2015; decided August 27, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).